UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-260-T-30JSS

NESTOR URDANETA-GONZALEZ
a/k/a Nestor Urdaneta

### PRELIMINARY ORDER OF FORFEITURE
### FOR SUBSTITUTE ASSETS

The United States moves (Doc. 152) pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following property as substitute assets to partially satisfy the defendant's $1,771,923.00 forfeiture money judgment:

    a.    2,104 bolivars; and

    b.    $3.278.00 in U.S. currency.

The defendant pleaded and was adjudged guilty of conspiracy to commit mortgage fraud, involving mail and wire fraud offenses, in violation of 18 U.S.C. §§ 1341 and 1343, all in violation of 18 U.S.C. § 1349, as charged in count one of the Indictment. The Court found that the defendant obtained $1,771,923.00 in proceeds as a result of the conspiracy to commit mortgage fraud and entered a forfeiture money judgment, holding the defendant liable to the United States for that amount.

The Court finds that, pursuant to 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), the United States is entitled to forfeit any property belonging to the defendant up to and including the amount of the money judgment.

Accordingly, it is ORDERED that the United States' motion (Doc. 152) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), Federal Rules of Criminal Procedure, the property described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).  The defendant's money judgment will be credited with the net proceeds from the forfeiture and disposition of these assets.

The Court retains jurisdiction to effect the forfeiture and disposition of the property and to adjudicate any third-party claim that may be asserted.

**DONE AND ORDERED** in Tampa, Florida, on July 7th, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2012\12-cr-260 forfeit order 152.docx

2