UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 8:12-cr-260-T-30JSS

NESTOR URDANETA-GONZALEZ

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. 161). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 161) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Government's Motion for Declaration of Forfeiture of Urdaneta-Gonzalez's Bond (Dkt. 158) is GRANTED.

3. Nestor Urdaneta-Gonzalez and Allegheny Casualty Company be held jointly and severally liable to the United States for the total amount of the bond, to wit: $50,000 and any accrued interest to is immediately due and payable and declared forfeited.

4. The sum of $50,000 is immediately forfeited to the United States.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record